**LEVIN SEDRAN & BERMAN LLP**

*Counsellors at Law and Proctors in Admiralty*

| | | |
|---|---|---|
| ARNOLD LEVIN<br>LAURENCE S. BERMAN<br>FREDERICK S. LONGER*<br>DANIEL C. LEVIN<br>CHARLES E. SCHAFFER<br>AUSTIN B. COHEN*<br>MICHAEL M. WEINKOWITZ*+<br>KEITH J. VERRIER*<br>DAVID C. MAGAGNA, JR.*<br>NICHOLAS J. ELIA<br>MARISSA PEMBROKE | 510 WALNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19106-3697 | TELEPHONE (215) 592-1500<br>FACSIMILE (215) 592-4663<br><br>OF COUNSEL:<br>HOWARD J. SEDRAN<br>SANDRA L. DUGGAN<br>RAYMOND P. FORCENO<br><br>*also admitted in New Jersey<br>+also admitted in New York |

July 12, 2022

**VIA ECF**
Hon. Michael A. Shipp
402 East State Street
Trenton, NJ 08608

  Re: *County of Monmouth v. Pfizer, Inc.*, No. 3:22-cv-02050-MAS-DEA; Consent Order Extending Time to Respond to Defendant's Motion to Transfer and Motion to Dismiss Pursuant to Local Rule 6.1

Dear Judge Shipp:

  Plaintiff County of Monmouth ("Plaintiff") and Defendant Pfizer, Inc. ("Defendant") in the above captioned action hereby stipulate and agree that, subject to an order of the Court, Plaintiff's time to respond to Defendant's Motion to Transfer (Dkt. 7) and Motion to Dismiss (Dkt. 8) shall be extended to September 16, 2022, and Defendant's time to file a reply shall be extended to October 17, 2022. Please find attached the parties' consent order to that effect.

                Very truly yours,

                David C. Magagna, Jr.